# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK LEWIS

NO. 2023 KW 0749

**NOVEMBER 6, 2023**

---

In Re:     Patrick Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-19-0076.

---

**BEFORE:     THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion to Amend Sentence," filed February 23, 2022, and "Motion to Amend and/or Modify Sentence," filed June 27, 2022, on or before November 20, 2023, if it has not already done so. A copy of the district court's action shall be filed in this Court on or before November 27, 2023.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT